**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:09CV34-RJC-DSC**

| | |
|---|---|
| SUZANNE T. COOK, )<br>)<br>    Plaintiff, )<br>        v. )<br>)<br>SUN LIFE ASSURANCE COMPANY OF )<br>CANADA, )<br>)<br>    Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's "Motion for Admission Pro Hac Vice [for Laura D. Windsor]" (document #6) filed April 20, 2009. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: April 20, 2009

David S. Cayer
United States Magistrate Judge